IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

RECEIVED MAR 1 7 2021
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

v.

ADAM KEITH ROWLAND,

Defendant.

Criminal No. 4:21-CR-047

INDICTMENT

T. 18 U.S.C. § 1035(a)(2)
T. 21 U.S.C. § 843(a)(3)

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Acquiring a Controlled Substance by Misrepresentation, Fraud, Deception, and Subterfuge)

On or about June 27, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and intentionally acquired and obtained possession of Hydromorphone, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge. Specifically, the defendant used the identity of another person, G.B., to falsely indicate in the patient's medical record that the medications were ordered for the patient, when in fact the defendant diverted that medication for his own unlawful possession.

This is a violation of Title 21, United States Code, Section 843(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(False Statements Relating to Health Care Matters)**

On or about June 27, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in connection with the delivery of health care benefits, items, and services involving Medicare, a health care benefit program as defined in 18 U.S.C. § 24(b). Specifically, on or about June 27, 2020, the defendant indicated on the electronic medical records of Wayne County Hospital that he had performed and verified the administration of 2 milligrams of Hydromorphone, a Schedule II controlled substance, to patient G.B., when in fact the defendant did not administer these medications.

This is a violation of Title 18, United States Code, Section 1035(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Acquiring a Controlled Substance by Misrepresentation, Fraud, Deception, and Subterfuge)

On or about September 7, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and intentionally acquired and obtained possession of Fentanyl and Morphine, Schedule II controlled substances, by misrepresentation, fraud, deception, and subterfuge. Specifically, the defendant used the identity of another person, N.M., to falsely indicate in the patient's medical record that the medications were ordered for the patient, when in fact the defendant diverted these medications for his own unlawful possession.

This is a violation of Title 21, United States Code, Section 843(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (False Statements Relating to Health Care Matters)

On or about September 7, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in connection with the delivery of health care benefits, items, and services involving Medicare, a health care benefit program as defined in 18 U.S.C. § 24(b). Specifically, on or about September 7, 2020, the defendant indicated on the electronic medical records of Wayne County Hospital that he had performed and verified the administration of 50 micrograms of Fentanyl and 10 milligrams of Morphine, Schedule II controlled substances, to patient N.M., when in fact the defendant did not administer these medications.

This is a violation of Title 18, United States Code, Section 1035(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Acquiring a Controlled Substance by Misrepresentation, Fraud, Deception, and Subterfuge)

On or about September 25, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and intentionally acquired and obtained possession of Hydromorphone, Fentanyl, and Morphine, Schedule II controlled substances, by misrepresentation, fraud, deception, and subterfuge. Specifically, the defendant used the identity of another person, P.P., to falsely indicate in the patient's medical record that the medications were ordered for the patient, when in fact the defendant diverted these medications for his own unlawful possession.

This is a violation of Title 21, United States Code, Section 843(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (False Statements Relating to Health Care Matters)

On or about September 25, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in connection with the delivery of health care benefits, items, and services involving Medicare, a health care benefit program as defined in 18 U.S.C. § 24(b). Specifically, on or about September 25, 2020, the defendant indicated on the electronic medical records of Wayne County Hospital that he had performed and verified the administration of 1 milligram of Hydromorphone and 2 milligrams of Morphine, Schedule II controlled substances, to patient P.P., when in fact the defendant did not administer these medications.

This is a violation of Title 18, United States Code, Section 1035(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
### (Acquiring a Controlled Substance by Misrepresentation, Fraud, Deception, and Subterfuge)

On or about September 26, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and intentionally acquired and obtained possession of Hydromorphone and Morphine, Schedule II controlled substances, by misrepresentation, fraud, deception, and subterfuge. Specifically, the defendant used the identity of another person, J.A., to falsely indicate in the patient's medical record that the medications were ordered for the patient, when in fact the defendant diverted these medications for his own unlawful possession.

This is a violation of Title 21, United States Code, Section 843(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
### (False Statements Relating to Health Care Matters)

On or about September 26, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in connection with the delivery of health care benefits, items, and services involving Medicare, a health care benefit program as defined in 18 U.S.C. § 24(b). Specifically, on or about September 26, 2020, the defendant indicated on the electronic medical records of Wayne County Hospital that he had performed and verified the administration of 11 milligrams of Morphine and 2 milligrams of Hydromorphone, Schedule II controlled substances, to patient J.A., when in fact the defendant did not administer these medications.

This is a violation of Title 18, United States Code, Section 1035(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9
### (Acquiring a Controlled Substance by Misrepresentation, Fraud, Deception, and Subterfuge)

On or about October 18, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and intentionally acquired and obtained possession of Oxycodone, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge. Specifically, the defendant used the identity of hospital patients, R.E. and H.G., in order to falsely indicate in the patients' medical record that the medications were administered to the patients, when in fact the defendant diverted that medication for his own unlawful possession.

This is a violation of Title 21, United States Code, Section 843(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 10
### (False Statements Relating to Health Care Matters)

On or about October 18, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in connection with the delivery of health care benefits, items, and services involving Medicare, a health care benefit program as defined in 18 U.S.C. § 24(b). Specifically, on or about October 18, 2020, the defendant indicated on the electronic medical records of Wayne County Hospital that he had performed and verified the administration of four (4) Oxycodone 10 milligram tablets, containing Oxycodone, a Schedule II controlled substance, to patients R.E. and H.G., when in fact the defendant did not administer these medications.

This is a violation of Title 18, United States Code, Section 1035(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 11
(Acquiring a Controlled Substance by Misrepresentation,
Fraud, Deception, and Subterfuge)

On or about October 20, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and intentionally acquired and obtained possession of Hydrocodone, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge. Specifically, the defendant used the identity of another person, S.B., to falsely indicate in the patient's medical record that the medications were ordered for the patient, when in fact the defendant diverted that medication for his own unlawful possession.

This is a violation of Title 21, United States Code, Section 843(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

COUNT 12
(Acquiring a Controlled Substance by Misrepresentation,
Fraud, Deception, and Subterfuge)

On or about October 22, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and intentionally acquired and obtained possession of Hydromorphone, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge. Specifically, the defendant used the identity of a hospital patient, D.K., to falsely indicate in the patient's medical record that the medication was administered to the patient, when in fact the defendant diverted that medication for his own unlawful possession.

This is a violation of Title 21, United States Code, Section 843(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 13
### (False Statements Relating to Health Care Matters)

On or about October 22, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in connection with the delivery of health care benefits, items, and services involving Medicare, a health care benefit program as defined in 18 U.S.C. § 24(b). Specifically, on or about October 22, 2020, the defendant indicated on the electronic medical records of Wayne County Hospital that he had performed and verified the administration of 2 milligrams of Hydromorphone, a Schedule II controlled substance, to patient D.K., when in fact the defendant did not administer that medication.

This is a violation of Title 18, United States Code, Section 1035(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 14
### (Acquiring a Controlled Substance by Misrepresentation, Fraud, Deception, and Subterfuge)

On or about October 22, 2020, in the Southern District of Iowa, the defendant, ADAM KEITH ROWLAND, knowingly and intentionally acquired and obtained possession of Hydromorphone and Morphine, Schedule II controlled substances, by misrepresentation, fraud, deception, and subterfuge. Specifically, the defendant used the identity of a hospital patient, R.H., in order to falsely indicate in the patient's medical record that the medications were administered to the patient, when in fact the defendant diverted these medications for his own unlawful possession.

This is a violation of Title 21, United States Code, Section 843(a)(3).

THE GRAND JURY FURTHER CHARGES:

## COUNT 15
### (False Statements Relating to Health Care Matters)

On or about October 22, 2020, in the Southern District of Iowa, the Defendant, ADAM KEITH ROWLAND, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, in connection with the delivery of health care benefits, items, and services involving Medicare, a health care benefit program as defined in 18 U.S.C. § 24(b). Specifically, on or about October 22, 2020, the defendant indicated on the electronic medical records of Wayne County Hospital that he had performed and verified the administration of 3 milligrams of Hydromorphone and 12 milligrams of Morphine, Schedule II controlled substances, to patient R.H., when in fact the defendant did not administer these medications.

This is a violation of Title 18, United States Code, Section 1035(a)(2).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Mallory E. Weiser
Special Assistant United States Attorney